UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINA MARTINS

Plaintiff

v. C.A. No.: 06-254-ML

CVS PHARMACY, INC;
PROVIDENCE THAYER STREET
CVS, INC. AND SOUTH PROVIDENCE
BROAD STREET CVS, INC.

Defendants

**DEFENDANTS'**
**RULE 7.1 STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, the defendants state as follows:

There is no legal entity known as South Providence Broad Street CVS, Inc., CVS Pharmacy, Inc., Providence Thayer Street CVS, Inc. and South Providence CVS, Inc. identify their parent corporation and any publicly-held corporation that owns 10% or more of its stock to be.

CVS Corporation.

Respectfully submitted,

Todd M. Reed, Esquire (#6602)
Edwards Angell Palmer &
Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
Attorney for Defendants

**CERTIFICATION OF SERVICE**

I hereby certify that on this 12th day of July, 2006, I mailed a true copy, via first class mail, to counsel listed below:

Stephen T. Fanning, Esquire
305 South Main Street
Providence, RI 02903

Todd M. Reed