UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 17 2006
Property of U.S. District Court
District of Rhode Island

CHRISTINA MARTINS,
**Plaintiff**

v. C.A. NO. 06-254 ML

CVS PHARMACY INC., &
PROVIDENCE THAYER STREET CVS, I NC.; &
SOUTH PROVIDENCE BROAD STREET CVS, INC.
**Defendants**

**STIPULATION**

The undersigned attorney, Todd M. Reed, counsel to the Defendants in the above-captioned matter, stipulates that he will accept service of the Complaint on behalf of the Defendants CVS Pharmacy Inc., & Providence Thayer Street CVS, Inc.; & South Providence Broad Street, Inc. and has represented that he has been authorized by the Defendants to do so. An answer to the Complaint will be will served upon Plaintiff's attorney, within twenty (20) days from the date the undersigned Attorney accepts service, as noted below.

Service Accepted On: 6/28/06

Respectfully Submitted,
Counsel for the Defendants,
Todd M. Reed, Esq. (Bar # )
Edwards Angel Palmer & Dodge LLC
2800 Financial Plaza
Providence, RI 02903

[signature]