Response

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTINA MARTINS<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., PROVIDENCE THAYER STREET CVS, INC., AND SOUTH PROVIDENCE BROAD STREET CVS, INC.<br><br>Defendants. | : | C.A. No.: 06-254-ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants, CVS Pharmacy, Inc., Providence Thayer Street CVS, Inc., and South Providence Broad Street CVS, Inc., whose correct name is South Providence CVS, Inc., hereby move that Gary J. Lieberman be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,

CVS Pharmacy, Inc., et al.

/s/ Todd M. Reed

Todd M. Reed (RI Bar No. 6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Phone: (401) 274-9200
Fax: (401) 276-6625

Dated: August 17, 2006

## GARY J. LIEBERMAN CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bars of the Commonwealth of Massachusetts, and my eligibility to practice before this court has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

**None**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that effect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Gary J. Lieberman (MA Bar No. 638535)
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
Phone: (617) 235-5305
Fax: (866) 204-4437

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

__/s/ Todd M. Reed______________
Todd M. Reed (RI Bar No. 6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Phone: (401) 274-9200
Fax: (401) 276-6625

---

**ORDER**

This motion is hereby Granted

Mary M. Lisi
District Judge

Date: 9/6/06