IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINA MARTINS, )
Plaintiff, )
v. ) C.A. No.: 06-254-ML
)
CVS PHARMACY, INC; )
PROVIDENCE THAYER STREET )
CVS, INC. AND SOUTH PROVIDENCE )
BROAD STREET CVS, INC., )
Defendants. )
)

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendants respectfully submit the following Initial Disclosures:

A. INDIVIDUALS BELIEVED TO HAVE DISCOVERABLE INFORMATION

In addition to the parties, the following individuals, all of whom were or are CVS employees, are believed to have discoverable knowledge concerning plaintiff's employment and her claims of discrimination that the defendant may use to support its defenses:

1. William Faboyede, One CVS Drive, Woonsocket, Rhode Island;
2. Linda Grilli, 10 Binghampton Avenue, Johnston, Rhode Island;
3. Liza Torres, One CVS Drive, Woonsocket, Rhode Island;
4. Joanna Frias, One CVS Drive, Woonsocket, Rhode Island;
5. Melanie Irizarry, 137 Ortoleva Drive, Providence, Rhode Island;
6. Jessica Irizarry, 31 Veto Street, Providence, Rhode Island;
7. Mario Grilli, 10 Binghampton Avenue, Johnston, Rhode Island;
8. Sadie Dailey, One CVS Drive, Woonsocket, Rhode Island;

9. Joanne Borden, One CVS Drive, Woonsocket, Rhode Island;

10. Dianne Boswell, One CVS Drive, Woonsocket, Rhode Island.

The defendants reserve the right to supplement this list as investigation and discovery are continuing.

B. DOCUMENTS THAT THE DEFENDANT MAY USE TO SUPPORT ITS DEFENSES

1. Relevant CVS policies, procedures and handbooks;

2. Documents filed with, produced to, and received from the EEOC and/or the RIHRC in connection with plaintiff's charge of discrimination;

3. Plaintiff's personnel file; and

4. Providence Police Report, August 2, 2005.

The defendants reserve the right to supplement this list as investigation and discovery are continuing.

C. COMPUTATION OF DAMAGES

Not applicable.

D. INSURANCE AGREEMENTS

Upon information and belief, an insurance agreement providing coverage limits are $25,000,000, subject to a self-insured retention of $2,000,000, issued by National Union Fire Insurance Company of Pittsburgh, Pa., may be available to satisfy part or all of a judgment that may be entered in this action.

Respectfully submitted,

CVS Pharmacy, Inc., Providence Thayer Street CVS, Inc. and South Providence Broad Street CVS, Inc., whose correct name is South Providence CVS,

By their Attorneys

/s/ Gary J. Lieberman

Gary J. Lieberman (MA Bar No. 638535)
Admitted *pro hac vice*
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
Phone: (617) 235-5305
Fax: (866) 204-4437

/s/ Todd M. Reed

Todd M. Reed, Esquire (#6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

Dated: October 12, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon Stephen Fanning, the attorney of record for plaintiff by mail on October 12, 2006.

/s/ Gary J. Lieberman