UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINA MARTINS

Plaintiff

v. C.A. No.: 06-254-ML

CVS PHARMACY, INC;
PROVIDENCE THAYER STREET
CVS, INC. AND SOUTH PROVIDENCE
BROAD STREET CVS, INC.

Defendants

**STIPULATION OF DISMISSAL**

The plaintiff, Christina Martins, and the defendants, CVS Pharmacy, Inc., Providence Thayer Street CVS, Inc. and South Providence Broad Street CVS, Inc., by and through their counsel, hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Court Rules of Civil Procedure, to the dismissal of this action in its entirety, including all counterclaims, with prejudice, without costs, and waiving all rights of appeal.

Christina Martins,

By her Attorney,

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
Phone: (401) 272-8250
Fax: (401) 272-4520

CVS Pharmacy, Inc., Providence Thayer Street CVS, Inc. and South Providence Broad Street CVS, Inc., whose correct name is South Providence CVS,

By their Attorneys,

Gary J. Lieberman (MA Bar No. 638535)
Admitted *pro hac vice*
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
Phone: (617) 235-5305
Fax: (866) 204-4437

Todd M. Reed, Esquire (#6602)
Edwards Angell Palmer &
Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Phone: (401) 274-9200
Fax: (401) 276-6611

Dated: November 14, 2006